UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| ANTHONY M. GRIFFIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) No. 1:15-cv-00435-GZS |
| | ) |
| JEREMY WINTLE, | ) |
| | ) |
| Defendant | ) |
| | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 28, 2016, his Recommended Decision (ECF No. 24).  Plaintiff filed his Objection to the Recommended Decision (ECF No. 26) on April 4, 2016.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 22) is **DENIED**.  The U.S. Marshal is directed to serve Defendant personally in accordance with the Federal Rule of Civil Procedure 4.

3.  It is **ORDERED** that Plaintiff's Motion for Discovery (ECF No. 21) is **DENIED** without prejudice.

                                                  /s/George Z. Singal  
                                                  U.S. District Judge

Dated this 11th day of April, 2016.